David Cutler, 036107
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix, AZ 85018
Phone: 602-456-1813
Fax: 847-673-8636
Email: david@phxfreshstart.com
Attorney for Debtors

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TENETTA A BROWN,<br><br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 2:25-BK-10998-PS<br><br>**NOTICE OF MOTION FOR REDEMPTION OF PERSONAL PROPERTY**<br><br>Property: 2017 BMW 430I |

NOTICE IS HEREBY GIVEN that Debtor has filed a Motion for Redemption of Personal Property in the above-captioned matter.

FURTHER NOTICE IS GIVEN that, pursuant to L.R. 6008-1, parties to this matter have fourteen (14) days from the date of service of this Notice to file and serve an objection. If no party timely files and serves a response, the Court may approve Debtor's Motion without further notice or hearing. If a party timely files and serves an objection, Debtor will obtain a hearing date, file a Notice of Hearing, and serve such Notice on the objecting party.

Dated: December 13, 2025

/s/ David Cutler
David Cutler, 036107
Phoenix Fresh Start Bankruptcy
Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on December 13, 2025, the foregoing Notice of Motion and Motion For Redemption of Personal Property was filed electronically in the United States Bankruptcy Court, which automatically sent notice of the filing to the United States Trustee, the case trustee, and all ECF-registered parties in this matter.

I further certify that on this same date, I served, in compliance with FRBP 1007, a copy of the foregoing by U.S. Mail, first-class postage prepaid, on all creditors listed below.

/s/ David Cutler
David Cutler
Phoenix Fresh Start Bankruptcy

Corporation Service Company
Registered Agent for Capital One Auto Finance
100 Shockoe Slip F1 2
Richmond, VA 23219-4100

Richard D Fairbank (President)
Capital One Auto Finance
1680 Capital One Drive
McLean, VA  22102